**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 14, 2014.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-13-00344-CV

**SOUTH POOL & SPA, INC., Appellant**

**V.**

**WATER SPLASH, INC., Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13-CV-0205**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 2, 2013. On January 8, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.